# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHEIKA Y. COLON FIGUEROA, *Plaintiff*, | : : : | CIVIL ACTION |
| v. | : : | |
| NANCY BERRYHILL, *Acting Commissioner of Social Security*, *Defendant.* | : : : : | No. 18-02506 |

## ORDER FOR
## REPORT AND RECOMMENDATION

AND NOW, this 24th day of June, 2019, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (Doc. No. 18), Defendant's response thereto (Doc. No. 22), Plaintiff's reply (Doc. No. 23), and the administrative record, and after careful consideration of United States Magistrate Judge Timothy R. Rice's Report and Recommendation (Doc. No. 24), to which no objections were filed, it is **ORDERED** that:

1. The Report and Recommendation is **APPROVED and ADOPTED**;

2. The Plaintiff's Request for Review is **GRANTED**;

3. The matter is **REMANDED** to the Commissioner for further proceedings consistent with Magistrate Judge Rice's Report and Recommendation; and

5. The Clerk of Court shall mark this case **CLOSED** for all purposes, including statistics.

BY THE COURT:

GENE E.K. PRATTER
United States District Judge